STATE OF NEW JERSEY v. SAMUEL MCFADDEN.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PAGAN.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW ALSTON.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY HANNAH.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RODERICK DARBY.

June 23, 1987.

Petition for certification denied.